UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAYFORT KNIGHT,                                                 CIVIL NO. 06-4150 (JNE/JSM)

    Plaintiff,

v.                                                                ORDER

MARTY C. ANDERSON,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 1, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Plaintiff's "Motion For Summary Judgment," (Docket No. 4), is **DENIED**;

3. Plaintiff's "Motion For Reimburstment [sic] Of Court Filing Fees Pursuant To 28 U.S.C. § 1915," (Docket No. 5), is **DENIED**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: December 26, 2006

                                                   s/ Joan N. Ericksen
                                                   JOAN N. ERICKSEN
                                                   United States District Judge